**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7121**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

LEWELLYN TERRELL VAUGHT, a/k/a Gee Bee,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, Chief District Judge.  (7:10-cr-00075-D-2)

Submitted:  December 19, 2017          Decided:  December 22, 2017

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lewellyn Terrell Vaught, Appellant Pro Se.  Jennifer P. May-Parker, Stephen Aubrey West, Assistant United States Attorneys, Laura Howard, Scott Andrew Lemmon, Joshua Bryan Royster, Timothy Severo, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewellyn Terrell Vaught appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vaught*, No. 7:10-cr-00075-D-2 (E.D.N.C. filed Aug. 16, 2017 & entered Aug. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*